UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X   07CV1455 (AKH)
ROLANDO ALVAREZ,

                              Plaintiffs,

        - against –
                                                            ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON- MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS
INC., ENVIRONTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL
                                        Defendants.

-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      September 14, 2007

                      Yours, etc.

                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                      Attorneys for Defendant –Envirotech
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, New York 11042
                      (516) 775-5800

                      BY: _____
                                Heather L. Smar (4622)